# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

BJ Warren
Plaintiff(s)

v.

Ocwen Loan Servicing, LLC; Power Default Services, Inc.; and U.S. Bank N.A., as Trustee for New Century Home Loan Equity Trust, Series 2001-NC2 Asset Backed Pass Through Certificates,
Defendant(s)

4:15-cv-00600-O
Civil Action No.

## CERTIFICATE OF INTERESTED PERSONS
(This form also satisfies Fed. R. Civ. P. 7.1)

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(f), LR 7.4, LR 81.1(a)(3)(D), and LR 81.2, Ocwen Loan Servicing, LLC and U.S. Bank N.A., as Trustee for New Century Home Loan Equity Trust, Series 2001-NC2 Asset Backed Pass Through Certificates, provides the following information:

For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):
*Please separate names with a comma. Only text visible within box will print.*

Ocwen Loan Servicing, LLC, is a wholly-owned subsidiary of Ocwen Financial Corporation, a publically traded Delaware corporation. U.S. Bank, N.A., as Trustee, is a national banking association pursuant to federal law, and is a wholly owned subsidiary of U.S. Bancorp. U.S. Bancorp is a publicly traded corporation that does not have any parent corporation and no publicly held corporation owns 10% or more of its stock.

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:
*Please separate names with a comma. Only text visible within box will print.*

Plaintiff BJ Warren, Plaintiff's counsel Brenda Williams, her law firm Brenda Williams & Associates, Defendants, and Locke Lord LLP, counsel for Defendants.

| | |
|---|---|
| Date: | August 7, 2015 |
| Signature: | */s/ Alexa R. Watt* |
| Print Name: | Alexa R. Watt |
| Bar Number: | 24065303 |
| Address: | 2200 Ross Avenue, Suite 2200 |
| City, State, Zip: | Dallas, Texas  75201 |

| | |
|---|---|
| Telephone: | (214) 740-8000 |
| Fax: | (214) 740-8800 |
| E-mail: | awatt@lockelord.com |

**NOTE:** To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil/Other Documents/Certificate of Interested Persons